60326. MATHEWS et al. v. CLEVELAND.

BIRDSONG, Judge.
Appellant asserts as error the denial of his traverse of garnishment and failure of the court to consider the grounds of his motion to dismiss the garnishment. *Held:*

Affirmed in accordance with Court of Appeals Rule 36.

158

*Judgment affirmed. Deen, C. J., and Sognier, J., concur.*

ARGUED JULY 8, 1980 — DECIDED SEPTEMBER 29, 1980 —
REHEARING DENIED OCTOBER 21, 1980.

*Oze R. Horton,* for appellants.
*J. Steven Cheatwood,* for appellee.